108-08/PJG
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
COSMOTRADE EXPORTS S.A.,

                Plaintiff,

-against-

L-BRIDGE LIMITED a/k/a L BRIDGE
LIMITED; BRITISH MARINE PLC; and
OCEAN BULK CARRIERS LTD.,

                Defendant.
-----------------------------------------------------------x

**JUDGE BUCHWALD**

08 CV 2063

**RULE 7.1 STATEMENT**

[RECEIVED FEB 29 2008 U.S.D.C. S.D.N.Y. CASHIERS]

      The Plaintiff, COSMOTRADE EXPORTS S.A., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       February 29, 2008

                        FREEHILL HOGAN & MAHAR, LLP
                        Attorneys for Plaintiff
                        COSMOTRADE EXPORTS S.A.

       By: _____
                     Peter J. Gutowski (PG 2200)
                     80 Pine Street
                     New York, NY 10005
                     Telephone: (212) 425-1900
                     Facsimile: (212) 425-1901