106-08/PJG
FREEHILL HOGAN & MAHAR LLP
Attorneys for Plaintiff
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Peter J. Gutowski (PG 2200)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
COSMOTRADE EXPORTS S.A.,

          Plaintiff,

  -against-

L-BRIDGE LIMITED a/k/a L BRIDGE
LIMITED; BRITISH MARINE PLC; and
OCEAN BULK CARRIERS LTD.,

          Defendants.
-------------------------------------------------------x

08 Civ. 2063 (NRB)

STIPULATION AND ORDER
WITHDRAWING
ATTACHMENT AND
DISMISSING ACTION

      On application of the Plaintiff, the Defendant not having appeared, answered or having filed a motion for summary judgment, the above-entitled action is hereby discontinued without prejudice and without costs, the Order of Attachment issued in this action is hereby withdrawn and vacated, any garnishee(s) upon whom a copy of the Process of Attachment was served is hereby directed to immediately release those funds from attachment, and the Plaintiff acknowledges and stipulates that it hereby waives any right to bring a second Rule B attachment with respect to the claims identified

in the Verified Complaint other than for purposes of enforcement of an arbitration award or any appeal therefrom.

Dated: April 4, 2008

_____
U.S.D.J.

Consent to entry of foregoing order is confirmed:

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
COSMOTRADE EXPORTS S.A.

By: _____
Peter J. Gutowski
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax